
RECEIVED
IN LAKE CHARLES, LA
MAR 03 2009
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| AHMAD T. ALQAM | : | DOCKET NO. 2:09-cv-24 SECTION P |
| VS. | : | JUDGE MINALDI |
| MICHAEL MUKASEY, ET AL. | : | MAGISTRATE JUDGE KAY |

## ORDER

Ahmad Alqam filed a *habeas corpus* petition in the above-captioned matter on January 5, 2009. Doc. 1. On February 27, 2009, the government filed a Motion to Dismiss with exhibits, representing to the court that Mr. Alqam was removed from the United States on February 25, 2009. Doc. 11-2, at 1; Doc. 18, Exh. A.

Accordingly, it is ORDERED that the matter is DISMISSED WITHOUT PREJUDICE. Should the representation made to the court by the government be without verity, Mr. Alqam shall notify the court and the action may be reopened for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on March 3rd, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE